**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CLARENCE FROST and TAMMY
FROST, *individually and on behalf of all
others similarly situated*,

              Plaintiffs,

v.

TRADEHOME HOLDINGS, INC.,

              Defendant.

Case No. 24-cv-4450 (LMP/LIB)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiff's Notice of Dismissal with Prejudice (ECF No. 13). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

Dated: June 30, 2025

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge